# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| | Case No.: 18-20451 |
| Jeffry Martin | Chapter 13 |
| Stacy Martin | Judge Carlota M. Bohm |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| U.S. Bank National Association | Date and Time of Hearing |
| Movant, | Place of Hearing |
| vs | September 19, 2018 at 10:00 a.m. |
| | |
| Jeffry Martin | Courtroom B, 54th Floor |
| Stacy Martin | U.S. Steel Tower |
| | 600 Grant Street |
| Ronda J. Winnecour | Pittsburgh, PA 15219 |
| **Respondents.** | |

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION OF U.S BANK NATIONAL ASSOCIATION FOR RELIEF
## FROM AUTOMATIC STAY WITH 30 DAY WAIVER

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than August 10, 2018 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.
You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on September 19, 2018 at 10:00 a.m. before Judge Carlota M. Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be

18-008088_FXF

heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service:  July 24, 2018

/s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-008088_FXF

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-20451** |
| **Jeffry Martin** | : | **Chapter 13** |
| **Stacy Martin** | : | **Judge Carlota M. Bohm** |
| | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s)** | | |
| | : | |
| **U.S. Bank National Association** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **September 19, 2018 at 10:00 a.m.** |
| | : | |
| **Jeffry Martin** | : | **Courtroom B, 54th Floor** |
| **Stacy Martin** | : | **U.S. Steel Tower** |
| | : | **600 Grant Street** |
| **Ronda J. Winnecour** | : | **Pittsburgh, PA 15219** |
| **Respondents.** | | |

### CERTIFICATE OF SERVICE OF RESPONSE DEADLINE, AND HEARING DATE AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH 30 DAY WAIVER

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) July 24, 2018  .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: regular U.S. mail and electronic notification   .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: July 24, 2018____

By: ___/s/ Karina Velter_____
Signature
Karina Velter, Esquire_____
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028____
Address
614-220-5611_____

18-008088_FXF

Phone No.
94781
List Bar I.D. and State of Admission

18-008088_FXF

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219 (notified by ecf)

E. Vernon Parkinson, Attorney for Debtor, Welch, Gold & Siegel PC, Suite 1240 Lawyers Building, 428 Forbes Avenue, Pittsburgh, PA 15219 (notified by ecf)

Jeffry Martin and Stacy Martin, Debtor, 345 Mustard Lane, Lake Lynn, PA 15451 (notified by regular US Mail)

18-008088_FXF