# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-20451** |
| **Jeffry Martin** | : | **Chapter 13** |
| **Stacy Martin** | : | **Judge Carlota M. Bohm** |
| | : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **U.S. Bank National Association** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| vs | : | **September 19, 2018 at 10:00 a.m.** |
| | : | |
| **Jeffry Martin** | : | **Courtroom B, 54th Floor** |
| **Stacy Martin** | : | **U.S. Steel Tower** |
| | : | **600 Grant Street** |
| **Ronda J. Winnecour** | : | **Pittsburgh, PA 15219** |
| **Respondents.** | | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY  (DOCUMENT NO. 36)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on July 24, 2018, at Document No. 36 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 10, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)

18-008088_FXF

Edward H. Cahill (0088985)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-008088_FXF

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-20451** |
| **Jeffry Martin** | : | **Chapter 13** |
| **Stacy Martin** | : | **Judge Carlota M. Bohm** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **U.S. Bank National Association** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **September 19, 2018 at 10:00 a.m.** |
| | : | |
| **Jeffry Martin** | : | **Courtroom B, 54th Floor** |
| **Stacy Martin** | : | **U.S. Steel Tower** |
| | : | **600 Grant Street** |
| **Ronda J. Winnecour** | : | **Pittsburgh, PA 15219** |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE OF RESPONSE DEADLINE, AND HEARING DATE AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date)  August 13, 2018  .

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and/or electronic notification  .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:  August 13, 2018

By:  /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.

18-008088_FXF

<u>94781</u>
List Bar I.D. and State of Admission

18-008088_FXF

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219 (notified by ecf)

E. Vernon Parkinson, Attorney for Debtor, Welch, Gold & Siegel PC, Suite 1240 Lawyers Building, 428 Forbes Avenue, Pittsburgh, PA 15219 (notified by ecf)

Jeffry Martin and Stacy Martin, Debtor, 345 Mustard Lane, Lake Lynn, PA 15451 (notified by regular US Mail)

18-008088_FXF