IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-20451 |
| Jeffry Martin | : Chapter 13 |
| Stacy Martin | : Judge Carlota M. Bohm |
| | : * * * * * * * * * * * * * * * * * |
| Debtor(s) | : re doc. 36 |
| | : |
| U.S. Bank National Association | : Date and Time of Hearing |
| Movant, | : Place of Hearing |
| vs | : September 19, 2018 at 10:00 a.m. |
| | : _____ |
| Jeffry Martin | : Courtroom B, 54th Floor |
| Stacy Martin | : U.S. Steel Tower |
| | : 600 Grant Street |
| Ronda J. Winnecour | : Pittsburgh, PA 15219 |
| Respondents. | |

**ENTERED BY DEFAULT**
**ORDER OF COURT**

AND NOW, to wit, this  14th  day of _____August_____, 20 18 , upon consideration of the Motion for Relief from the Automatic Stay filed by U.S. Bank National Association ("Creditor"), it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of U.S. Bank National Association  in and to the Collateral of Debtor, being a 2015 Lincoln Navigator, VIN 5LMJJ3JT7FEJ07532

BY THE COURT

FILED
8/14/18 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dms
CARLOTA M. BOHM, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:
Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222 (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219 (notified by ecf)

18-008088_FXF

E. Vernon Parkinson, Attorney for Debtor, Welch, Gold & Siegel PC, Suite 1240 Lawyers Building, 428 Forbes Avenue, Pittsburgh, PA  15219 (notified by ecf)

Jeffry Martinand Stacy Martin, Debtor, 345 Mustard Lane, Lake Lynn, PA  15451 (notified by regular US Mail)

18-008088_FXF

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffry Martin  
Stacy Martin  
    Debtors

Case No. 18-20451-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Aug 14, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2018.  
db/jdb         +Jeffry Martin,    Stacy Martin,    345 Mustard Lane,    Lake Lynn, PA 15451-1043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:  
           Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company LLC PitEcf@weltman.com,  
            PitEcf@weltman.com  
           E. Vernon Parkinson    on behalf of Debtor Jeffry   Martin vparkinson@wgsf-law.com,  
            nreyes@wgsf-law.com  
           E. Vernon Parkinson    on behalf of Joint Debtor Stacy   Martin vparkinson@wgsf-law.com,  
            nreyes@wgsf-law.com  
           James Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com  
           Jodi L. Hause    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION  
            jodi.hause@phelanhallinan.com,    pawb@fedphe.com  
           Karina Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           Thomas Song    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com  
                                                                                                    TOTAL: 9