**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 18-20451-CMB |
| **Jeffry Martin** ) | |
| **Stacy Martin** ) | |
| ) | |
| **Debtors** ) | Chapter 13 |
| ) | Document No. _____ |
| ) | Related to Document No. 42 |

## CONSENT ORDER MODIFYING AUGUST 29, 2018 ORDER

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated August 29, 2018, it is

ORDERED that Part "1.A." be amended to add the following: Beginning October 2018 the monthly period plan payment is $2674.00;

The August 29, 2018 order otherwise remains in full force and effect.

BY THE COURT:

_____
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ E. Vernon Parkinson
E. Vernon Parkinson
Welch, Gold & Siegel PC
Suite 1240 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA 15219
412-391-1014
vparkinson@wgsf-law.com