IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 18-20451-CMB |
| Jeffry Martin | ) | |
| Stacy Martin | ) | |
| | ) | |
| Debtors | ) | Chapter 13 |
| | ) | Document No. 45 |
| | ) | Related to Document No. 42 |

## CONSENT ORDER MODIFYING AUGUST 29, 2018 ORDER

AND NOW, this \_\_\_9th\_\_\_ day of \_\_\_October\_\_\_, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated August 29, 2018, it is

ORDERED that Part "1.A." be amended to add the following: Beginning October 2018 the monthly period plan payment is $2674.00;

The August 29, 2018 order otherwise remains in full force and effect.

BY THE COURT:

FILED
10/9/18 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm* dms
_____
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ E. Vernon Parkinson
E. Vernon Parkinson
Welch, Gold & Siegel PC
Suite 1240 Lawyers Building
428 Forbes Avenue
Pittsburgh, PA 15219
412-391-1014
vparkinson@wgsf-law.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-20451-CMB
Jeffry Martin                                                           Chapter 13
Stacy Martin
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw          Page 1 of 1          Date Rcvd: Oct 09, 2018
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.
db/jdb       +Jeffry Martin,    Stacy Martin,    345 Mustard Lane,    Lake Lynn, PA 15451-1043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company LLC PitEcf@weltman.com,
               PitEcf@weltman.com
              E. Vernon Parkinson    on behalf of Debtor Jeffry  Martin vparkinson@wgsf-law.com,
               nreyes@wgsf-law.com
              E. Vernon Parkinson    on behalf of Joint Debtor Stacy  Martin vparkinson@wgsf-law.com,
               nreyes@wgsf-law.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               jodi.hause@phelanhallinan.com,    pawb@fedphe.com
              Karina Velter     on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com
                                                                                             TOTAL: 9