**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-20451-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Jeffry Martin
345 Mustard Lane
Lake Lynn PA 15451

Stacy Martin
345 Mustard Lane
Lake Lynn PA 15451

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/13/2018.

Name and Address of Alleged Transferor(s):

Claim No. 5: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/17/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 18-20451-CMB
Jeffry Martin                                                                 Chapter 13
Stacy Martin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: bsil              Page 1 of 1              Date Rcvd: Nov 15, 2018
                             Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
14796782        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company LLC PitEcf@weltman.com,
               PitEcf@weltman.com
              E. Vernon Parkinson    on behalf of Debtor Jeffry  Martin vparkinson@wgsf-law.com,
               nreyes@wgsf-law.com
              E. Vernon Parkinson    on behalf of Joint Debtor Stacy  Martin vparkinson@wgsf-law.com,
               nreyes@wgsf-law.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               jodi.hause@phelanhallinan.com,    pawb@fedphe.com
              Karina Velter     on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com
                                                                                             TOTAL: 9