**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jeffry Martin**
**Stacy Martin**
   Debtor(s)

Bankruptcy Case No.: 18−20451−CMB

Chapter: 13
Docket No.: 52 − 51
Concil. Conf.: March 19, 2020 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **February 27, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **March 9, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **March 19, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 13, 2020

                                                    Carlota M. Bohm
                                                    United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-20451-CMB
Jeffry Martin                                                         Chapter 13
Stacy Martin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dsaw              Page 1 of 3            Date Rcvd: Jan 13, 2020
                             Form ID: 410            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
db/jdb         +Jeffry Martin,    Stacy Martin,    345 Mustard Lane,    Lake Lynn, PA 15451-1043
14770401       +Aes/aefc-us Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14770408       +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14948086        Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
14795403      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company LLC,    P.O. Box 62180,
                Colorado Springs, CO 80962)
14770410       +Frd Motor Cr,    PO Box Box 542000,    Omaha, NE 68154-8000
14776674       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14770412       +John Deere Finanical,    PO Box 6600,    Johnston, IA 50131-6600
14770417       +PA Department of Revenue,    Bureau of Individual Taxes,    PO Box 280431,
                Harrisburg, PA 17128-0431
14796782       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14811335       +PNC BANK, NATIONAL ASSOCIATION,    ATTN: BANKRUPTCY DEPARTMENT,    3232 NEWMARK DRIVE,
                MIAMISBURG OH 45342-5421
14770418       +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
14770419       +Premier Credit,    PO Box 19309,    Indianapolis, IN 46219-0309
14788118      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:   U.S. Bank National Association,    Bankruptcy Department,
                PO Box 5229,    Cincinnati, Ohio 45201-5229)
14770423       +Usaa Svg Bk,    Attn: Bankruptcy,    10750 Mcdermott Freeway,    San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14818259       +E-mail/Text: operations@alaska.gov Jan 14 2020 03:00:51      ACPE,    PO Box 110505,
                Juneau, AK 99811-0505
14770402        E-mail/Text: bnc-applied@quantum3group.com Jan 14 2020 03:00:34      Applied Bank,
                4700 Exchange Court,    Boca Raton, FL 33431
14770404       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 03:04:59      Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14770411       +E-mail/Text: bankruptcy.notices@hdfsi.com Jan 14 2020 03:00:40      Harley Davidson Financial,
                Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
14798996       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 14 2020 03:00:12      MIDLAND FUNDING LLC,
                PO BOX 2011,    Warren MI 48090-2011
14770413       +E-mail/Text: rcpsbankruptcynotices@parallon.com Jan 14 2020 03:00:53      Medicredit, Inc.,
                PO Box 1629,    Maryland Heights, MO 63043-0629
14770414       +E-mail/Text: Bankruptcies@nragroup.com Jan 14 2020 03:00:56      National Recovery Agency,
                2491 Paxton Street,    Harrisburg, PA 17111-1036
14787212       +E-mail/Text: bankruptcies@orangelake.com Jan 14 2020 02:59:30      Orange Lake Country Cl,
                8505 W Irlo Bronson Hwy,    Kissimmee, FL 34747-8201
14770415       +E-mail/Text: bankruptcies@orangelake.com Jan 14 2020 02:59:30      Orange Lake Country Cl,
                Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,    Kissimmee, FL 34747-8201
14774090        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2020 03:00:03
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
14770420       +E-mail/Text: Supportservices@receivablesperformance.com Jan 14 2020 03:00:49
                Receivable Performance Mgmt.,    20816 44th Avenue W,    Lynnwood, WA 98036-7744
14770421        E-mail/Text: appebnmailbox@sprint.com Jan 14 2020 03:00:09      Sprint,    PO Box 4191,
                Carol Stream, IL 60197
14812526       +E-mail/Text: bncmail@w-legal.com Jan 14 2020 03:00:27      USAA Savings Bank,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14770424       +E-mail/Text: bankruptcy@vfinancial.net Jan 14 2020 03:00:52      Vanguard Finanical Services,
                210 Brooks Street,    Ste. 100,    Charleston, WV 25301-1848
14806833        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2020 03:15:43      Verizon,
                by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                                TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ford Motor Credit Company LLC
cr             PNC BANK, NATIONAL ASSOCIATION
cr             U.S. Bank National Association
cr             U.S. Bank National Association
cr*            Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN  55116-0408
14787197*     ++APPLIED BANK,    PO BOX 15809,    WILMINGTON DE 19850-5809
                (address filed with court:   Applied Bank,    4700 Exchange Court,    Boca Raton, FL 33431)
14787196*      +Aes/aefc-us Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14787198*      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14770405*      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
14770406*      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285
14770407*      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                Salt Lake City, UT 84130-0285

```
District/off: 0315-2              User: dsaw                 Page 2 of 3                   Date Rcvd: Jan 13, 2020
                                  Form ID: 410               Total Noticed: 30


              ***** BYPASSED RECIPIENTS (continued) *****
14787199*        +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                   Salt Lake City, UT 84130-0285
14787200*        +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                   Salt Lake City, UT 84130-0285
14787201*        +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                   Salt Lake City, UT 84130-0285
14787202*        +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                   Salt Lake City, UT 84130-0285
14770409*        +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14787203*        +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14787204*        +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14787205*        +Frd Motor Cr,    PO Box Box 542000,    Omaha, NE 68154-8000
14787206*        +Harley Davidson Financial,    Attention: Bankruptcy,    Po Box 22048,
                   Carson City, NV 89721-2048
14787207*        +John Deere Fininacal,    PO Box 6600,    Johnston, IA 50131-6600
14787208*        +Medicredit, Inc.,    PO Box 1629,    Maryland Heights, MO 63043-0629
14787209*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14787213*        +Orange Lake Country Cl,    8505 W Irlo Bronson Hwy,    Kissimmee, FL 34747-8201
14770416*        +Orange Lake Country Cl,    Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,
                   Kissimmee, FL 34747-8201
14787210*        +Orange Lake Country Cl,    Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,
                   Kissimmee, FL 34747-8201
14787211*        +Orange Lake Country Cl,    Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,
                   Kissimmee, FL 34747-8201
14787214*        +PA Department of Revenue,    Bureau of Individual Taxes,    PO Box 280431,
                   Harrisburg, PA 17128-0431
14787215*        +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
14787216*        +Premier Credit,    PO Box 19309,    Indianapolis, IN 46219-0309
14787217*        +Receivable Performance Mgmt.,    20816 44th Avenue W,    Lynnwood, WA 98036-7744
14787218*       ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                   OVERLAND PARK KS 66207-0949
                 (address filed with court:  Sprint,    PO Box 4191,    Carol Stream, IL 60197)
14770422*       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  Us Bank,    Bankruptcy Department,    Po Box 5229,
                   Cincinnati, OH 45201)
14787219*       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court:  Us Bank,    Bankruptcy Department,    Po Box 5229,
                   Cincinnati, OH 45201)
14787220*        +Usaa Svg Bk,    Attn: Bankruptcy,    10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
14787221*        +Vanguard Fininacal Services,    210 Brooks Street,    Ste. 100,    Charleston, WV 25301-1848
14770403        ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                            TOTALS: 4, * 32, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2020 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company LLC PitEcf@weltman.com,
                 PitEcf@weltman.com
              E. Vernon Parkinson    on behalf of Joint Debtor Stacy  Martin vparkinson@fiffiklaw.com,
                 nreyes@fiffiklaw.com
```

```
District/off: 0315-2                  User: dsaw                    Page 3 of 3                  Date Rcvd: Jan 13, 2020
                                      Form ID: 410                  Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          E. Vernon Parkinson    on behalf of Debtor Jeffry  Martin vparkinson@fiffiklaw.com, nreyes@fiffiklaw.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
          Jodi L. Hause    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION jodi.hause@phelanhallinan.com, pawb@fedphe.com
          Karina  Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com
          TOTAL: 9