Form 309

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeffry Martin** | : | Case No. 18−20451−CMB |
| **Stacy Martin** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Per doc. # 52 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

   *AND NOW,* this **The 4th of March, 2020,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

                     Carlota M. Böhm, Judge
                      United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 18-20451-CMB
Jeffry Martin                                                       Chapter 13
Stacy Martin
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw              Page 1 of 3              Date Rcvd: Mar 04, 2020
                              Form ID: 309            Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
```
db/jdb         +Jeffry Martin,    Stacy Martin,    345 Mustard Lane,    Lake Lynn, PA 15451-1043
14770401       +Aes/aefc-us Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14776674       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14770412       +John Deere Finanical,    PO Box 6600,    Johnston, IA 50131-6600
14770417       +PA Department of Revenue,    Bureau of Individual Taxes,    PO Box 280431,
                 Harrisburg, PA 17128-0431
14796782       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14811335       +PNC BANK, NATIONAL ASSOCIATION,    ATTN: BANKRUPTCY DEPARTMENT,    3232 NEWMARK DRIVE,
                 MIAMISBURG OH 45342-5421
14770418       +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
14770419       +Premier Credit,    PO Box 19309,    Indianapolis, IN 46219-0309
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14818259       +E-mail/Text: operations@alaska.gov Mar 05 2020 03:49:51     ACPE,    PO Box 110505,
                 Juneau, AK 99811-0505
14770402        EDI: APPLIEDBANK.COM Mar 05 2020 08:13:00     Applied Bank,    4700 Exchange Court,
                 Boca Raton, FL 33431
14770403       +EDI: BANKAMER.COM Mar 05 2020 08:13:00     Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
14770404       +EDI: CAPITALONE.COM Mar 05 2020 08:13:00     Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14948086        EDI: ECMC.COM Mar 05 2020 08:13:00     Educational Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
14795403        EDI: FORD.COM Mar 05 2020 08:13:00     Ford Motor Credit Company LLC,    P.O. Box 62180,
                 Colorado Springs, CO 80962
14770410       +EDI: FORD.COM Mar 05 2020 08:13:00     Frd Motor Cr,    PO  Box Box 542000,
                 Omaha, NE 68154-8000
14770411       +E-mail/Text: bankruptcy.notices@hdfsi.com Mar 05 2020 03:49:39      Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,    Carson City, NV 89721-2048
14770408        EDI: JPMORGANCHASE Mar 05 2020 08:13:00     Chase Card Services,    Attn: Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850
14798996       +EDI: MID8.COM Mar 05 2020 08:13:00     MIDLAND FUNDING LLC,    PO BOX 2011,
                 Warren MI 48090-2011
14770413       +EDI: PARALONMEDCREDT Mar 05 2020 08:13:00     Medicredit, Inc.,    PO Box 1629,
                 Maryland Heights, MO 63043-0629
14770414       +E-mail/Text: Bankruptcies@nragroup.com Mar 05 2020 03:49:54      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14787212       +E-mail/Text: bankruptcies@orangelake.com Mar 05 2020 03:48:34      Orange Lake Country Cl,
                 8505 W Irlo Bronson Hwy,    Kissimmee, FL 34747-8201
14770415       +E-mail/Text: bankruptcies@orangelake.com Mar 05 2020 03:48:34      Orange Lake Country Cl,
                 Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,    Kissimmee, FL 34747-8201
14774090        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 03:48:59      Pennsylvania Department of Revenue,
                 Bankruptcy Division PO Box 280946,    Harrisburg, PA  17128-0946
14770420       +E-mail/Text: Supportservices@receivablesperformance.com Mar 05 2020 03:49:51
                 Receivable Performance Mgmt.,    20816 44th Avenue W,    Lynnwood, WA 98036-7744
14770421        EDI: NEXTEL.COM Mar 05 2020 08:13:00     Sprint,    PO Box 4191,    Carol Stream, IL 60197
14788118        EDI: USBANKARS.COM Mar 05 2020 08:13:00     U.S. Bank National Association,
                 Bankruptcy Department,    PO Box 5229,    Cincinnati, Ohio 45201-5229
14770422        EDI: USBANKARS.COM Mar 05 2020 08:13:00     Us Bank,    Bankruptcy Department,    Po Box 5229,
                 Cincinnati, OH 45201
14812526       +E-mail/Text: bncmail@w-legal.com Mar 05 2020 03:49:24      USAA Savings Bank,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14770423       +EDI: USAA.COM Mar 05 2020 08:13:00     Usaa Svg Bk,    Attn: Bankruptcy,
                 10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
14770424       +E-mail/Text: bankruptcy@vfinancial.net Mar 05 2020 03:49:53      Vanguard Finanical Services,
                 210 Brooks Street,    Ste. 100,    Charleston, WV 25301-1848
14806833        EDI: AIS.COM Mar 05 2020 08:13:00     Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                                 TOTAL: 23
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ford Motor Credit Company LLC
cr             PNC BANK, NATIONAL ASSOCIATION
cr             U.S. Bank National Association
cr             U.S. Bank National Association
cr*            Educational Credit Management Corporation,     PO Box 16408,    St. Paul, MN  55116-0408
14787197*     ++APPLIED BANK,   PO BOX 15809,    WILMINGTON DE 19850-5809
               (address filed with court: Applied Bank,      4700 Exchange Court,    Boca Raton, FL 33431)
14787196*      +Aes/aefc-us Bank,    Po Box 61047,    Harrisburg, PA 17106-1047
14787198*      +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
14770405*      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 3                   Date Rcvd: Mar 04, 2020
                               Form ID: 309                Total Noticed: 32


              ***** BYPASSED RECIPIENTS (continued) *****
14770406*        +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
14770407*        +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
14787199*        +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
14787200*        +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
14787201*        +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
14787202*        +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                   Salt Lake City, UT 84130-0285
14787205*        +Frd Motor Cr,    PO Box Box 542000,    Omaha, NE 68154-8000
14787206*        +Harley Davidson Financial,    Attention: Bankruptcy,    Po Box 22048,
                   Carson City, NV 89721-2048
14770409*       ++JPMORGAN CHASE BANK N A,     BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court: Chase Card Services,     Attn: Correspondence Dept,    Po Box 15298,
                   Wilmington, DE 19850)
14787203*       ++JPMORGAN CHASE BANK N A,     BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court: Chase Card Services,     Attn: Correspondence Dept,    Po Box 15298,
                   Wilmington, DE 19850)
14787204*       ++JPMORGAN CHASE BANK N A,     BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court: Chase Card Services,     Attn: Correspondence Dept,    Po Box 15298,
                   Wilmington, DE 19850)
14787207*        +John Deere Finanical,    PO Box 6600,    Johnston, IA 50131-6600
14787208*        +Medicredit, Inc.,    PO Box 1629,    Maryland Heights, MO 63043-0629
14787209*        +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
14787213*        +Orange Lake Country Cl,    8505 W Irlo Bronson Hwy,    Kissimmee, FL 34747-8201
14770416*        +Orange Lake Country Cl,    Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,
                   Kissimmee, FL 34747-8201
14787210*        +Orange Lake Country Cl,    Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,
                   Kissimmee, FL 34747-8201
14787211*        +Orange Lake Country Cl,    Attn: Bankruptcy,    8505 W Irlo Bronson Memorial Highway,
                   Kissimmee, FL 34747-8201
14787214*        +PA Department of Revenue,    Bureau of Individual Taxes,    PO Box 280431,
                   Harrisburg, PA 17128-0431
14787215*        +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
14787216*        +Premier Credit,    PO Box 19309,    Indianapolis, IN 46219-0309
14787217*        +Receivable Performance Mgmt.,    20816 44th Avenue W,    Lynnwood, WA 98036-7744
14787218*       ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                   OVERLAND PARK KS 66207-0949
                 (address filed with court: Sprint,    PO Box 4191,    Carol Stream, IL 60197)
14787219*       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Us Bank,    Bankruptcy Department,    Po Box 5229,
                   Cincinnati, OH 45201)
14787220*        +Usaa Svg Bk,    Attn: Bankruptcy,    10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
14787221*        +Vanguard Finanical Services,    210 Brooks Street,    Ste. 100,    Charleston, WV 25301-1848
                                                                                               TOTALS: 4, * 31, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: dsaw              Page 3 of 3             Date Rcvd: Mar 04, 2020
                             Form ID: 309            Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2020 at the address(es) listed below:

```
          Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company LLC PitEcf@weltman.com,
           PitEcf@weltman.com
          E. Vernon Parkinson    on behalf of Joint Debtor Stacy  Martin vparkinson@fiffiklaw.com,
           nreyes@fiffiklaw.com
          E. Vernon Parkinson    on behalf of Debtor Jeffry  Martin vparkinson@fiffiklaw.com,
           nreyes@fiffiklaw.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
          Jodi L. Hause    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           jodi.hause@phelanhallinan.com,  pawb@fedphe.com
          Karina  Velter    on behalf of Creditor    U.S. Bank National Association amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION pawb@fedphe.com
                                                                                             TOTAL: 9
```