**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JEFFRY MARTIN
STACY MARTIN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Case No.:18-20451

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/06/2018 and confirmed on 04/13/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,418.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 54,418.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,770.18 | |
|     Trustee Fee | 2,307.10 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,077.28 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PNC BANK NA | 0.00 | 19,758.69 | 0.00 | 19,758.69 |
|     Acct: 4862 | | | | |
|   PNC BANK NA | 4,535.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 4862 | | | | |
|   ORANGE LAKE COUNTRY CLUB INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1925 | | | | |
|   ORANGE LAKE COUNTRY CLUB INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4021 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 40,492.62 | 17,527.66 | 3,432.59 | 20,960.25 |
|     Acct: 4672 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 23,155.28 | 4,356.34 | 5,265.44 | 9,621.78 |
|     Acct: 1634 | | | | |
|   US BANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7115 | | | | |
| | | | | 50,340.72 |
| Priority | | | | |
|   E VERNON PARKINSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JEFFRY MARTIN    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WELCH GOLD & SIEGEL PC    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WELCH GOLD & SIEGEL PC    Acct: | 1,850.00 | 1,770.18 | 0.00 | 0.00 |
| WELCH GOLD & SIEGEL PC    Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*    Acct: 8288 | 452.16 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ECMC(*)    Acct: 3700 | 30,831.45 | 0.00 | 0.00 | 0.00 |
| APPLIED BANK*    Acct: 2419 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**++    Acct: 3462 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC    Acct: 3422 | 5,523.54 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC    Acct: 6292 | 3,550.38 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC    Acct: 6702 | 3,499.58 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC    Acct: 5177 | 920.45 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA    Acct: 6905 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA    Acct: 4584 | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN DEERE FINANCIAL    Acct: 6577 | 0.00 | 0.00 | 0.00 | 0.00 |
| MEDICREDIT CORP    Acct: 1293 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY GROUP**    Acct: 8407 | 0.00 | 0.00 | 0.00 | 0.00 |
| ORANGE LAKE COUNTRY CLUB INC    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ORANGE LAKE COUNTRY CLUB INC    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER CREDIT CORP    Acct: 3700 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINT CORP(*)    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| USAA SAVINGS BANK    Acct: 4452 | 734.02 | 0.00 | 0.00 | 0.00 |
| VANGUARD FINANCIAL SERVICES    Acct: 9111 | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*    Acct: 8288 | 21.90 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE LP    Acct: 0001 | 259.06 | 0.00 | 0.00 | 0.00 |
| ALASKA COMMISSION ON POSTSECONDA    Acct: 3700 | 14,832.74 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN-BURKLEY PC (*FORMERLY JC    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KARINA VELTER ESQ    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-20451 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RECEIVABLES PERFORMANCE MANAGEM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 50,340.72 |
|---|---|---|

TOTAL CLAIMED
PRIORITY           452.16
SECURED         68,183.65
UNSECURED       60.173.12

Date: 04/09/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com